```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                           Case No. 08-cr-24-PB

**Corey Gagnon**


**O R D E R**

The defendant, through counsel, has moved to continue the May 6, 2008 trial in the above case to allow additional time to complete discovery and prepare a defense.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from May 6, 2008 to October 7, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reason, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial

The April 30, 2008 final pretrial conference is continued to September 29, 2008 at 4:00 p.m.

```
     SO ORDERED.


                                   /s/Paul Barbadoro
                                   Paul Barbadoro
                                   United States District Judge

April 21, 2008

cc:  Jonathan Saxe, Esq.
     Peter Papps, AUSA
     United States Probation
     United States Marshal
```