```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                                        Case No. 08-cr-34-PB

**Corey Gagnon**

### O R D E R

The defendant, through counsel, has moved to continue the trial scheduled for October 7, 2008, citing the need for additional time to complete discovery and prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from October 7, 2008 to January 6, 2009. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The September 29, 2008 final pretrial conference is continued to December 29, 2008 at 3:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

September 12, 2008

cc: Jonathan Saxe, Esq.
Peter Papps, AUSA
United States Probation
United States Marshal