```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                              Case No. 08-cr-24-PB

**Corey Gagnon**


**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for January 6, 2009, citing the need for additional time to finalize a plea agreement.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from January 6, 2009 to February 3, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The December 29, 2008 final pretrial conference is continued to January 20, 2009 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

December 29, 2008

cc: Jonathan Saxe, Esq.
    Peter Papps, AUSA
    United States Probation
    United States Marshal